**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7222**

BRYAN CHAPPELL,

    Plaintiff - Appellant,

  v.

 UNITED STATES OF AMERICA,

    Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Senior District Judge.  (1:16-cv-00206-IMK)

Submitted:  February 27, 2019      Decided:  March 12, 2019

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bryan Chappell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Chappell, a federal inmate, appeals the district court's order adopting the magistrate judge's recommendation and dismissing Chappell's complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-80 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chappell v. United States*, No. 1:16-cv-00206-IMK (N.D.W. Va. Aug. 22, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*